UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-295-MSS-TGW

JUAN MOLINA-SALLES

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  ANY UNITED STATES MARSHAL; and

Warden, of the Century Correctional Institution

It appearing from the petition of the United States of America that the defendant in the above case, Juan Molina-Salles, is confined in Century Correctional Institution at Century, Florida, and that this case is set for an Initial Appearance as to said defendant on July 25, 2025, at 2:30 p.m., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Juan Molina-Salles now detained in custody as aforesaid, under safe and secure conduct, before this Court on July 25, 2025, at Tampa, Florida, by or before 2:30 p.m., for an Initial Appearance on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Century Correctional Institution, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Juan Molina-Salles with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Century Correctional Institution.

DONE and ORDERED at Tampa, Florida, this 10th day of July, 2025.

_____
THOMAS G. WILSON
United States Magistrate Judge

## AUSA REQUEST/WRIT OF HABEAS CORPUS

To: William B. Berger, Sr.
United States Marshal

From: Christopher F. Murray
Assistant United States Attorney

Subject: AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name: Juan Molina-Salles

AKA:

DOB or Age: 35 y.o.a.    Race: Hispanic    Sex: Male

DC No: H72663    BOP No:    FBI No:

Federal/State Charges: State Charges

Institution's Phone No.: (850) 256-2600

Case Agent: Stephen Reuther    Agency: ICE    Phone No: (956) 532-0675

Other Special Handling, Medical, or Separatee Information:

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED
TO THE AUSA REQUEST OR COPY OF WRIT**