UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:23-cr-295-MSS-CPT

JUAN ARIEL MOLINA-SALLES

_____

## ORDER OF DETENTION

THIS CAUSE came on to be heard at the time of the Defendant's initial appearance. For the following reasons, the Defendant should be detained without bail.

The Defendant was indicted one count of Aggravated Identity Theft, one count of False Representation of a Social Security Number, and one count of False Claim of United States Citizenship. The defendant is currently serving a state prison term (22-CF-9348) of 12 years. Should the defendant's circumstances change, the matter of bond will be considered on the filing of an appropriate motion.

It is, therefore, upon consideration,

ORDERED:

1. That defendant JUAN ARIEL MOLINA-SALLES shall be **DETAINED** without bond.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 11th day of August, 2025.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE