## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **CASE NO: 8:23-cr-295-MSS-TGW**

**JUAN ARIEL MOLINA-SALLES**

_____

### ORDER

This cause comes before the Court *sua sponte*. This case is currently set on the October 2025 Trial Term, which commences October 6, 2025. The Court finds it necessary to continue the trial to allow the Defendant time to review the discovery once it's provided to him. Accordingly, it is

**ORDERED** that this case is continued to the **NOVEMBER 2025 TRIAL TERM**, **which commences NOVEMBER 3, 2025**, with a more precise trial date to follow, **subject to the submission of a written Waiver of Speedy Trial through (NOVEMBER 30, 2025), within fourteen (14) days from the date of this Order.** This continuance satisfies the ends of justice in accordance with the Speedy Trial Act of 1974 (18 U.S.C. §§ 3161-3165, *et seq*) and *United States v. Zedner*, 547 U.S. 489 (2006).

**It is further ORDERED** that the parties shall file a **Joint Status Report** on or before the fifteenth (15th) day of **each month**.   Said report shall include the following information:

1.    A brief summary of the status of the case, including the number of remaining defendants (including fugitives);

2.      The possibility, if known, of a plea agreement as to each defendant;

3.      The number of days for trial **each side** requires;

4.      A list of all pending motions, the dates on which they were filed, and

whether they are ripe for determination; and

5.      A brief explanation as to whether a potential speedy trial problem exists

and the date on which the speedy trial deadline expires.

No Status Conference will be held unless deemed necessary by the Court.

**DONE and ORDERED** in Tampa, Florida, this 20th day of August, 2025.


_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE



Copies furnished to:
Counsel of Record
United States Marshal Service
United States Probation Office
United States Pretrial Office