UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:23-cr-295-MSS-TGW

JUAN ARIEL MOLINA-SALLES

---

**Defendant's Consent to the Court's Inspection of Presentence Report Prior to Plea of Guilty, Nolo Contendere, or Finding of Guilt**

I, JUAN ARIEL MOLINA-SALLES, hereby consent to review of my pre-sentence report by a judge at any time, including the time prior to entry of a plea of guilty or nolo contendere or a finding of guilt.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what the final disposition of my case will be.

9/15/25
Date

Juan Ariel Molina Salles
Signature of Defendant

9/15/25
Date

Defendant's Attorney