UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:23-cr-295-MSS-TGW

JUAN ARIEL MOLINA-SALLES

### SENTENCING MEMORANDUM

The United States files this sentencing memorandum pursuant to 18 U.S.C. § 3553(a). For the reasons set forth below, the United States respectfully requests this Court sentence the defendant, Juan Ariel Molina-Salles, to imprisonment for a term of two years and seven months, consecutive to an already imposed state sentence.

### BACKGROUND

1.  Molina-Salles is an illegal alien from Honduras with no lawful status in the United States. He entered the United States illegally and he has never had permission to lawfully work in the United States. On February 16, 2022, Molina-Salles applied for employment with Archer Western-de Moya Group Joint Venture II ("Joint Venture") in Pinellas County, Florida. He completed an I-9 form for use in the E-Verify system.[1] On that form, Molina-Salles falsely identified himself as a United States citizen and claimed to be V.V.R. V.V.R. is an actual person and a United States citizen. V.V.R. does not know Molina-Salles. The defendant filled

---

[1] E-Verify is a voluntary program for employers and requires documents such as a Social Security number and photo identification of a prospective employee.

in V.V.R.'s full name on the I-9 form, along with V.V.R.'s actual date of birth and Social Security number.

2. The defendant attached two fraudulent identification documents in V.V.R.'s name to the I-9 form. One was a fraudulent North Carolina identification card that listed the name and true date of birth of V.V.R., and the other was a Social Security card bearing V.V.R.'s name and true Social Security number. Molina-Salles used V.R.R.'s stolen identity to defeat the E-Verify system and to commit the felony offenses of Misuse of a Social Security Number and False Claim of United States Citizenship.

3. On the evening of September 22, 2024, while operating a front-end loader at the Joint Venture's construction site, Molina-Salles struck and killed Deputy Michael Hartwick, a 19-year veteran of the Pinellas County Sheriff's Office. Rather than staying at the scene and attempting to assist Deputy Hartwick, first responders, and investigators, Molina-Salles handed his construction helmet and safety vest to a co-worker, told the co-worker to get rid of those items, and fled.

4. Law enforcement eventually apprehended and arrested the defendant. Molina-Salles pleaded guilty in the Sixth Judicial Circuit Court of Florida to Leaving the Scene of a Crash Involving Death.

5. On September 6, 2023, a federal grand jury in the Middle District of Florida returned a three-count indictment that charged Molina-Salles with Aggravated Identity Theft, a violation on 18 U.S.C. § 1028A(a)(1) (Count One), Misuse of a Social Security Number, a violation of 42 U.S.C. § 408(a)(7)(B) (Count

Two), and False Claim of United States Citizenship for the Purpose of Unlawfully Engaging in Employment, a violation of 18 U.S.C. § 1015(e) (Count Three). Doc. 1. He pleaded guilty to all three counts on September 15, 2025. Docs. 24, 25.

## MEMORANDUM OF LAW

6. Molina-Salles's total offense level is 6 and his criminal history category is II. *See* Presentence Investigation Report ("PSR") dated November 3, 2025, ¶¶ 30, 36. The United States Sentencing Guidelines ("USSG") provide for a range of one to seven months' imprisonment, consecutive to the two-year term of imprisonment required by 18 U.S.C. § 1028A. USSG §2B1.6; *see also* PSR ¶ 63.

7. At every turn, Molina-Salles made the wrong choice. He chose to enter the United States illegally. Once in the United States, he stole a U.S. citizen's identity and used it to obtain unauthorized employment. He chose to lie to obtain employment at the Joint Venture. After running over and killing Deputy Hartwick, he chose to wrap another man into his crimes by enlisting a co-worker and friend to cover for him. Rather than waiting at the scene to assist first responders, he chose to run. And rather than staying to assist with the investigation, he chose to flee in a failed effort to avoid accountability and escape the consequences of his crimes. For all these reasons, a high-end sentence, consecutive to his sentence in the State related to the death of Deputy Hartwick is appropriate. The defendant committed serious felony offenses without regard for others. The nature and circumstances of the offenses, the history and characteristics of the defendant, the need to reflect the seriousness of the offenses, the need to promote respect for the law, the need to

provide just punishment for the offenses, the need to afford adequate deterrence to criminal conduct, and the need to protect the public from further crimes of the defendant all call for a sentence at the high-end of the advisory guideline range. *See* 18 U.S.C. § 3553(a).

WHEREFORE, the United States respectfully requests this Court impose a sentence of two years and seven months' imprisonment, consecutive to the sentence imposed in Florida Sixth Judicial Circuit Case No. 22-cr-09348-CF.

    Respectfully submitted,

    GREGORY W. KEHOE
    United States Attorney

By:   */s/ Christopher F. Murray*
    Christopher F. Murray
    Assistant United States Attorney
    United States Attorney No. 095
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone:  (813) 274-6000
    Facsimile:   (813) 274-6358
    E-mail: christopher.murray@usdoj.gov

U.S. v . Juan Molina-Salles             Case No. 8:23-cr-295-MSS-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Summer Goldman, Esq.

                                        */s/ Christopher F. Murray*
                                        Christopher F. Murray
                                        Assistant United States Attorney
                                        United States Attorney No. 095
                                        400 N. Tampa St., Ste. 3200
                                        Tampa, FL 33602-4798
                                        Telephone: (813) 274-6000
                                        Facsimile: (813) 274-6358
                                        E-mail: christopher.murray@usdoj.gov