Republica de Honduras Departamento de Choluteca

Yo Martha Maria Ramirez

con numero de Identidad 0601-1979-01159

Estado civil: casada

Yo doy fe que conozco al señor Juan Ariel Molina Salles yo como vecina del señor Juan Ariel le conozco muy bien que es humilde trabajador que no tiene problemas con la ley de nuestro paiz como vecino y como persona ha sido muy respetuoso y muy generoso con todos los que hemos vivido cerca de el, todos aqui le conocemos muy bien a el y su familia.

Firma: [signature]

Republic of Honduras Department of Choluteca

I, **Martha Maria Ramirez**, with identity number 0601-1979-01159 Marital Status Married

I, attest that I know Mr. **Juan Ariel Molina Salles**, I as a neighbor of Mr. **Juan Ariel**, I know him well, he is humble, a worker who has no problems with the Law of our country, as a neighbor and as a person he has been very respectful and very generous to all of us who have lived close to him, everyone here knows him and his family very well.

Signature

Certificate of Translation

I, Aracely Gutierrez, am over the age of 18, competent to translate from Spanish into English, and certify that the translation of this letter of recommendation is true and accurate (including any stamp or seal) to the best of my abilities. I understand that if any part of the translation is intentionally false, I will be subject to punishment.

# CONSTANCIA

Yo, **José Lisandro Aplicano García** con número **0602-1954-00048**, mayor de edad por este medio **HAGO CONSTAR** que el joven **Juan Molina** con domicilio en Choluteca doy a conocer que es una persona honrada, honesta y trabajadora.

Y para los fines que él interesado estime conveniente firmo la siguiente constancia en la Ciudad de Choluteca a los 04 días del mes de mayo del año 2023.

José Lisandro Aplicano García
Cel. 3205-7809

## CONSTANCY

I, José Lisandro Aplicano García, with number 0602-1954-00048, of legal age. I hereby STATE that the young Juan Molina residing in Choluteca, is an honest, honest, and hard-working person.

And for the purposes that the interested party deems appropriate, I sign the following certificate in the City of Choluteca on the 4th day of May of the year 2023.

José Lisandro Aplicano García
Cell Phone 3205 -7809

Certificate of Translation

I, Aracely Gutierrez, am over the age of 18, competent to translate from Spanish into English, and certify that the translation of this letter of recommendation is true and accurate (including any stamp or seal) to the best of my abilities. I understand that if any part of the translation is intentionally false, I will be subject to punishment.

**NOTA**

Nosotros como vecinos del señor Juan Ariel Molina Salles con numero de identidad 0601199002997 le hacemos saber que conocemos a la familia del señor Juan Ariel Molina Salles y a él en lo personal como un joven con principios cristianos, respetuoso tanto con su familia que como nosotros como vecinos un joven honrado muy servicial y amigable con muchos sueños por cumplir. Nos sentimos tristes por su ausencia como vecino, porque lastimosamente ya que en nuestro país como lo es Honduras la situación económica está muy difícil, no hay fuentes de empleo y al ver a sus padres que son mayores de edad y se encuentran mal de salud, se sintió con la necesidad de dejar a su familia por buscar donde encontrar un trabajo y poder ayudarle a sus padres para que puedan obtener sus medicamentos para sus diferentes tipos de enfermedad y suplir sus otras necesidades. Sea miro en la necesidad de emprender el tan famoso sueño americano, y hoy que nos damos cuenta de su problema que está pasando en su país vemos como sus padres están viviendo en constante desesperación con la Fe puesta en DIOS que salga de ese problema ya que sus padres están muy tristes pensativos que quien los va seguir apoyando con sus necesidades y sus medicamentos para su enfermedades

Edis Georgina Garcia numero de identidad = 0601-19 56=00=187

Marta Dilia Costillo. 0601-1960 00614

Wifredo Corrales Garcia  0601-1981-04167

Kenia Abelina Reyes Alvarado  0601-1987-00707

Dalia azucena Reyes. Garcia 06-01-1960-00270

Oscar Alexander Aguilar Castillo 0601-1980-02010

Yenis Arsenia Corrales Garcia  0601-1977-0115

## NOTE

We as neighbors of Mr. Juan Ariel Molina Salles with identity number 0601199002997 let him know that we know the family of Mr. Juan Ariel Molina Salles and him personally as a young man with Christian principles, respectful both of his family and of us, his neighbors., a very helpful and friendly honest young man, with many dreams to fulfill. We feel sad for his absence as our neighbor, because unfortunately in our country such as Honduras the economic situation is very difficult, there are no sources of employment and seeing his parents of legal age and in not so good health, He found it necessary to leave his family to be able to look for a good job and be able to cover medical expenses and meet other needs of his parents and it led him to undertake the so famous American dream, and today we realize the problem that this happening in his country we can see that his parents live in constant desperation, they feel sad and thoughtful but they have faith in God that they will get out of that problem since their son was the source of help for his needs and medications.

Edis Georgino Garcia, ID number: 0601-1956-00187
Martha Dilia Castillo, ID number: 0601-1960-00614
Wilfredo Corrales Garcia, ID number: 0601-1981-04167
Kenia Abelina Reyes Alvarado, ID number: 0601-1987-00707
Dalia Azucena Reyes Garcia, ID number: 0601-1960-00270
Oscar Alexander Aguilar Castillo, ID number: 0601-1980-02010
Yenis Arsenia Corrales Garcia, ID number: 0601-1977-01138

Certificate of Translation

I, Aracely Gutierrez, am over the age of 18, competent to translate from Spanish into English, and certify that the translation of this letter of recommendation is true and accurate (including any stamp or seal) to the best of my abilities. I understand that if any part of the translation is intentionally false, I will be subject to punishment.

Choluteca Honduras 28 de Abril 2023

Yo Catalina Corrales Varela Id o Ud 198103443 Mayor de Edad. hago Constar que conosco bien a Juan Ariel Molina Salas, de toda su vida porque Nacio y crecio cerca de mi casa. Su comportamiento muy bueno respetuoso con todos, sin vicios trabajador, humilde, es reconocido en muchas compañias como un buen empleado. Nunca a tenido problemas en su trabajo.

Choluteca, Honduras April 28, 2023.

I, **CATALINA CORRALES VALERA**, with Id number 0601198103443, adult, I sate that I have know to **JUAN ARIEL MOLINA SALLES** well all his life because he was born and raised near my house. His behavior is very good, respectful to everyone, without vices, hard- working, humble. He is recognized in many companies as a good employee, he has never had any problems at work.

Signature of Catalina

Certificate of Translation

I, Aracely Gutierrez, am over the age of 18, competent to translate from Spanish into English, and certify that the translation of this letter of recommendation is true and accurate (including any stamp or seal) to the best of my abilities. I understand that if any part of the translation is intentionally false, I will be subject to punishment.

# Declaración

Yo Josue Lopez Carrranza mayor de edad, casado, hondureño con domicilio y residencia en barrio Morazán de la ciudad Choluteca Departamento Choluteca con documento de identificación número: 0601-1985-01549 por este medio emito lo siguiente: Soy (amigo) del joven Juan Ariel Molina a quien conozco desde su niñez y siempre ha demostrado una conducta integra, con principios y valores obteniendo una aceptación de la sociedad como hijo, hermano y padre por lo cual nunca presentó conducta indeseable.

Y para los fines legales firmo la presente en la ciudad de Choluteca, departamento de Choluteca a los ocho días del mes de mayo del 2023.

*[firma]*

Josue Lopez Carranza

Cel: 3308-5760

## STATEMENT

I, **Josué López Carranza**, adult, married, Honduran with residing in Morazan neighborhood on the Choluteca City with Id number 0601-1985-01549 I hereby issue the following. I am friend of young man **Juan Ariel Molina** whom I have known since his childhood and He has always demonstrated integrity with principles and values, obtaining acceptance from society as a son, brother, and father, which is why he has never presented undesirable behavior.

And for legal purposes I sign this document of Choluteca department of Choluteca on the eighth day of May 2023.

Josué López Carranza
Cell pone. 3308-5760

Certificate of Translation

I, Aracely Gutierrez, am over the age of 18, competent to translate from Spanish into English, and certify that the translation of this letter of recommendation is true and accurate (including any stamp or seal) to the best of my abilities. I understand that if any part of the translation is intentionally false, I will be subject to punishment.