DE CONFORMIDAD CON LA LEY UNICAMENTE EN EL PAPEL AUTORIZADO QUE HAYA SIDO NUMERADO Y MEMBRETADO POR EL COLEGIO MEDICO DE HONDURAS, SE DEBEN EXTENDER LAS **CERTIFICACIONES MÉDICAS**. LA CONTRAVENCIÓN A LA DISPOSICIÓN ANTERIOR DA LUGAR A SANCIONES DE ACUERDO CON LA LEY ORGÁNICA DEL COLEGIO MÉDICO DE HONDURAS.

# COLEGIO MEDICO DE HONDURAS

**CERTIFICACIÓN MEDICA**

SERIE N- 228939

El suscrito, Doctor en Medicina y Cirugia, Colegiado No. 10 1198 5254

Por la presente CERTIFICA, que Gregoria Salles Ruz

de nacionalidad Hondureña  Sexo Femenino

de Sesenta (60) años de edad, de profesión u oficio

Ama de Casa  Estado Civil Casada

Tarjeta de Identidad No. 0605-1985-00858 o Pasaporte

Extendida (o) en Chol 29 Abril 2023

Se trata de la paciente Gregoria Salles quien es mi paciente y es atendida en mi consultorio por diferentes enfermedades Actualmente por: 1- Diabetes Mellitus 2- Hipertension Arterial 3- I-T-U cronica. El estado de salud de la paciente es delicado ya que ella, su esposo y su hija, dependen economicamente de su hijo Juan Ariel Molina Salles de 33ª con agenda H. 0601-1990 02997.
Para los fines que estima presente constancia.

VALOR LPS. 600.00

IN ACCORDANCE WITH THE LAW, ONLY ON AUTHORIZED PAPER THAT HAS BEEN NUMBERED AND LETTERHEAD BY THE MEDICAL COLLEGE OF HONDURAS, MEDICAL CERTIFICATIONS SHOULD BE EXTENDED. CONTRAVENTION OF THE ABOVE PROVISION LEADS TO SANCTIONS IN ACCORDANCE WITH THE ORGANIC LAW OF THE MEDICAL COLLEGE OF HONDURAS

## MEDICAL COLLEGE OF HONDURAS

SERIE NUMBER 228939

**MEDICAL CERTIFICATION**

The undersigned, Doctor of Medicine and Surgery, Member No. **1011985254,**

hereby CERTIFIES that  **Gregoria Salles Ruiz**, of  **Honduran** nationality.  **Female** sex  **Sixty 60**  years old, profession or occupation **housewife**   Marital Status  **married**     Identity card number   **0605-1985-00858**  or Passport Extended in   **Chol, April 29, 2023**

This is the patient Gregoria Salles who is my patient and is currently being treated in my office for different diseases, for 1. Diabetes Mellitus 2. Arterial Hypertension, 3. Chronic I T U. The patient's health status is delicate since she, her husband and her daughter depend financially on her son Juan Ariel Molina Salles, 33, with identification # 0601 1990 02997. For the purposes it deems appropriate, this certificate is issued.

Seal seal

### Certificate of Translation

I, Aracely Gutierrez, am over the age of 18, competent to translate from Spanish into English, and certify that the translation of this letter of recommendation is true and accurate (including any stamp or seal) to the best of my abilities. I understand that if any part of the translation is intentionally false, I will be subject to punishment.